# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Richard Journagin

**DEFENDANTS**
Morley Companies, Inc.

**(b)** County of Residence of First Listed Plaintiff: Rutherford County, TN
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Morgan and Morgan, 2000 Town Center, Suite 1900
Southfield, MI 48075, 313-739-1950

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [x] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332(d)

Brief description of cause:
Negligence, Breach of Implied Contract, Unjust Enrichment, and Declaratory Judgment

## VII. REQUESTED IN COMPLAINT:
- [x] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 5,000,000
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: February 24, 2022
SIGNATURE OF ATTORNEY OF RECORD: /s/ Michael Hanna

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?      ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes :

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use
   **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the
   **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X"
   United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
   United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
   Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment
   Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
   Original Proceedings. (1) Cases which originate in the United States district courts.
   Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
   Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
   Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
   Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
   Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C.
   Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
   **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
   Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
   Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**Civil Nature of Suit Code Descriptions**
**(Rev. 10/20)**

**Contract**

| Code | Title | Description |
| --- | --- | --- |
| 110 | Insurance | Action alleging breach of insurance contract, tort claim, or other cause related to an insurance contract, except for maritime insurance contracts. |
| 120 | Marine | Action (Admiralty or Maritime) based on service, employment, insurance or other contracts relating to maritime vessels and other maritime contractual matters. |
| 130 | Miller Act | Action based on performance and payment bonds agreed to by contractors on federal construction projects as required under the Miller Act, 40 U.S.C. § 3131-3134. |
| 140 | Negotiable Instrument | Action relating to an agreement to pay a specific amount of money, including promissory notes, loan agreements and checks. |
| 150 | Recovery of Overpayment & Enforcement Judgment | Action to recover debt owed to the United States, including enforcement of judgments, based on overpayments and restitution agreements involving matters other than Medicare benefits, student loans and veterans' benefits. |
| 151 | Medicare | Action relating to Medicare payments, including actions for payments of benefits, to recover overpayments, and for judicial review of administrative decisions. |
| 152 | Recovery of Defaulted Student Loans (Excludes Veterans) | Action to recover debt owed to the United States from defaulted student loan. |
| 153 | Recovery of Overpayment of Veterans' Benefits | Action relating to payments of veterans' benefits, primarily including actions to recover overpayments. |
| 160 | Stockholders' Suits | Action brought by stockholder(s) of a corporation (including both stockholder derivative suits and direct actions based on plaintiff's rights as a stockholder), usually alleging claims based on contract and/or tort law and/or fiduciary obligations. |
| 190 | Other Contract | Action primarily based on rights and obligations under a contract not classifiable elsewhere under the specific natures of suit under "Contract." |
| 195 | Contract Product Liability<br><br>Actions primarily alleging personal injury or property damage caused by a defective product should be classified under the appropriate nature of suit code under "TORTS." | Action concerning damages caused by a defective product, not primarily involving personal injury or property damage, and based primarily on breach of contract, breach of warranty, misrepresentation, and/or violation of consumer protection laws. |
| 196 | Franchise | Action arising from a dispute over a franchise agreement, typically alleging breach of contract, misrepresentation or unfair trade practices. |

**Civil Nature of Suit Code Descriptions**
**(Rev. 10/20)**

### Real Property

| Code | Title | Description |
|---|---|---|
| 210 | Land Condemnation | Action by a governmental entity to take privately-owned real property (land or buildings) for public use for compensation. |
| 220 | Foreclosure | Action to enjoin foreclosure on real property by mortgage lender. |
| 230 | Rent Lease & Ejectment | Action for rental or lease payments owed on real property and/or to eject a party occupying real property illegally. |
| 240 | Torts to Land | Action alleging trespass to land, nuisance, contamination or other unlawful entry on or interference with real property possessed by another. |
| 245 | Tort Product Liability | Action alleging harm by an unsafe product based on negligence, breach of warranty, misrepresentation, and strict tort liability. |
| 290 | All Other Real Property | Action primarily based on unlawful conduct relating to real property that cannot be classified under any other nature of suit. |

### Torts/Personal Injury

| Code | Title | Description |
|---|---|---|
| 310 | Airplane (Excludes airplane product liability claims) | Action alleging personal injury or wrongful death from an air crash or other occurrence involving an airplane. |
| 315 | Airplane Product Liability | Action alleging personal injury or death from an air crash or other occurrence involving an airplane and caused by a defective product. |
| 320 | Assault, Libel & Slander (Excludes a government employee) | Action alleging intentional acts of assault, libel, trade libel or slander by a private party. |
| 330 | Federal Employers' Liability | Action for personal injury or wrongful death brought by a railroad employee or his survivors under the Federal Employers' Liability Act (FELA), 45 U.S.C. § 51, et. seq. |
| 340 | Marine (Excludes marine product liability claims) | Action (Admiralty and Maritime) alleging personal injury or death from an accident involving a water vessel or harbor/dock facilities, including suits brought under the Jones Act and the Limitation of Liability Act. |
| 345 | Marine Product Liability | Action (Admiralty and Maritime) alleging personal injury or wrongful death from an accident involving a water vessel or harbor/dock facilities and caused by a defective product. |
| 350 | Motor Vehicle | Action alleging personal injury or wrongful death from negligence involving a motor vehicle but not caused by a defective product. |
| 355 | Motor Vehicle Product Liability | Action alleging personal injury or wrongful death involving a motor vehicle and caused by a defective product. |
| 360 | Other Personal Injury | Action primarily based on personal injury or death caused by negligence or intentional misconduct, including suits brought against the United States under the Federal Tort Claims Act, and which cannot be classified under any other nature of suit. |
| 362 | Personal Injury - Medical Malpractice | Action alleging personal injury or wrongful death caused by negligence in medical care provided by a doctor or other health care professional. |
| 365 | Personal Injury - Product Liability (Excludes a marine or airplane product) | Action alleging personal injury or death resulting from a defective product. |
| 367 | Health Care/Pharmaceutical Personal Injury Product Liability | Action alleging personal injury or death caused by a defective medical or pharmaceutical product. |
| 368 | Asbestos Personal Injury Product Liability | Action alleging personal injury or death caused by exposure to asbestos products. |

**Civil Nature of Suit Code Descriptions**
**(Rev. 10/20)**

**Personal Property**

| Code | Title | Description |
|---|---|---|
| 370 | Other Fraud (Excludes any property that is not real property) | Action primarily based on fraud relating to personal property that cannot be classified under any other nature of suit. |
| 371 | Truth in Lending  Actions relating to fraud or misrepresentation in the transfer of real property should be classified under nature of suit 290, "All Other Real Property," or, if foreclosure is involved, under nature of suit 220, "Foreclosure." | Action alleging violation of the federal Truth in Lending Act arising from consumer loan transactions involving personal property including automobile loans and revolving credit accounts. |
| 380 | Other Personal Property Damage | Action primarily based on damage to personal property caused by harmful conduct such as negligence, misrepresentation, interference with business relationships or unfair trade practices. |
| 385 | Property Damage Product Liability | Action alleging damage to personal property caused by a defective product. |

**Civil Rights**

| Code | Title | Description |
|---|---|---|
| 440 | Other Civil Rights (Excludes claims against corrections officials) | Action alleging a civil rights violation other than the specific civil rights categories listed below or a violation related to prison. Example: Action alleging excessive force by police incident to an arrest. |
| 441 | Voting | Action filed under Civil Rights Act, 52 U.S.C. § 10101, and Voting Rights Act, 52 U.S.C. § 10301 |
| 442 | Employment | Action filed under Age Discrimination in Employment Act 29:621:634, Equal Employment Opportunity Act (Title VII) 42:2000E, Performance Rating Act of 1950 5:4303 |
| 443 | Housing/Accommodations | Action filed under the Fair Housing Act (Title VII), 42 U.S.C. § 3601 & 3602. |
| 445 | Americans With Disabilities - Employment | Action of discrimination against an employee with disabilities of any type in the work place, filed under 42 U.S.C. § 12117 |
| 446 | Americans With Disabilities - Other | Action of discrimination against an individual with disabilities in areas other than employment, filed under 42 U.S.C. § 12133 (exclusion or discrimination in provision of services, programs or activities of a public entity) or 42 U.S.C. § 12188 (public accommodations) |
| 448 | Education | Action filed under the Individuals with Disabilities Educations Act, 20 U.S.C. § 1401 and Title IX of the Education Amendment of 1972, 20 U.S.C. § 1681 et seq. |

**Civil Nature of Suit Code Descriptions**
**(Rev. 10/20)**

**Prisoner Petitions**
**Habeas Corpus**

| Code | Title | Description |
|------|-------|-------------|
| 463 | Alien Detainee | Immigration habeas petition under 28 U.S.C. § 2241. All cases filed with this nature of suit code are restricted to case participants and public terminals. Petition is filed by an alien detainee. |
| 510 | Motions to Vacate Sentence | Action by a prisoner to vacate or modify a sentence imposed in federal court, other than a death sentence, under 28 U.S.C. § 2255. |
| 530 | General | Action by a federal or state prisoner currently in custody challenging the legality of confinement or other punishment. This includes claims alleging illegalities that occurred in trial (for example, ineffective assistance of counsel), sentencing (including fines and restitution orders), or disciplinary proceedings in prison (for example, loss of good time credits). Habeas petition under 28 U.S.C. § 2254 or prisoner habeas under 28 U.S.C. § 2241. |
| 535 | Death Penalty | Action by a federal or state prisoner challenging a death sentence. |

**Other**
**Prisoner Petitions**

| Code | Title | Description |
|------|-------|-------------|
| 540 | Mandamus & Other | Action by prisoner currently in custody for a writ of mandamus to compel action by a judge or government official relating to the prisoner's confinement, including conditions of confinement. This category also includes any actions other than mandamus brought by a prisoner currently in custody, whether or not it relates to his confinement, if it is not classifiable under any other nature of suit category under Prisoner Petitions (for example, action by prisoner to recover property taken by the government in a criminal case). |
| 550 | Civil Rights | Action by current or former prisoner alleging a civil rights violation by corrections officials that is not related to a condition of prison life. |
| 555 | Prison Condition | Action by current prisoner, or former prisoner or their families alleging a civil rights, Federal Tort Claims Act, or state law claim with respect to a condition of prison life, whether general circumstances or particular episodes. Examples: inadequate medical care or excessive force by prison guards. Includes non-habeas actions by alien detainees alleging unlawful prison conditions. |
| 560 | Civil Detainee - Conditions of Confinement (Excludes actions by alien detainees) | Action by former prisoner who was involuntarily committed to a non-criminal facility after expiration of his or her prison term alleging unlawful conditions of confinement while in the non-criminal facility. This category includes, for example, an action by a former prisoner classified as a Sexually Dangerous Person or Sexually Violent Predator alleging civil rights violations during his detention in a medical facility. |

**Civil Nature of Suit Code Descriptions**
**(Rev. 10/20)**

### Forfeiture/Penalty

| Code | Title | Description |
|---|---|---|
| 625 | Drug Related Seizure of Property 21 U.S.C. § 881 | Action (Forfeiture) by which property itself is accused of wrongdoing and is forfeited to the government as a result. |
| 690 | Other | Action primarily based on Acts or Bills that cannot be classified under any other nature of suit, such as: Endangered Species Act, Federal Hazardous Substance Act 15:1261, Game & Wildlife Act 15:256C et seq. (Penalty), Federal Trade Commission Act 15:41-51 (Penalty), Federal Coal Mine Health & Safety Act 30:801 et seq. (Penalty), Load Line Act 46:85-85G, McGuire Bill (Federal Fair Trade) 15:45L Penalty, Marihuana Tax Act 50 STAT 551, Motorboat Act 46:526-526T, National Traffic & Motor Vehicle Safety Act penalty 49:1655, Veterans' Benefit Act, Title 38 Penalty. |

### Labor

| Code | Title | Description |
|---|---|---|
| 710 | Fair Labor Standards Act (Non-Union) | Action relating to non-union workplace related disputes filed under the Fair Labor Standards Act, 29 U.S.C. § 201 including but not limited to wage discrimination, paid leave, minimum wage and overtime pay. |
| 720 | Labor/Management Relations (Union) | Action relating to disputes between labor unions and employers as well as all petitions regarding actions of the Nation Labor Relations Board (NLRB) |
| 740 | Railway Labor Act | Action relating to disputes filed under the Railway Labor Act, 45 U.S.C. § 151 including labor disputes, individual claims, and response to sanctions. |
| 751 | Family and Medical Leave Act | Action filed under the Family Medical Leave Act, 29 U.S.C. § 2601 |
| 790 | Other Labor Litigation | Action primarily based on labor disputes not addressed by other NOS codes (includes Labor/Management Reporting and Disclosure Act) |
| 791 | Employee Retirement Income Security Act | Action filed under the Employee Retirement Income Security Act, 29 U.S.C. § 1132 by individuals and labor organizations. |

### Immigration

| Code | Title | Description |
|---|---|---|
| 462 | Naturalization Application | Action seeking review of denial of an application for naturalization [8 U.S.C. § 1447(b)] or alleging failure to make a determination regarding an application for naturalization [8 U.S.C. § 1421(c)]. |
| 465 | Other Immigration Actions | Action (Immigration-related) that do not involve Naturalization Applications or petitions for Writ of Habeas Corpus, such as complaints alleging failure to adjudicate an application to adjust immigration status to permanent resident. |

**Civil Nature of Suit Code Descriptions**
**(Rev. 10/20)**

### Bankruptcy

| Code | Title | Description |
|---|---|---|
| 422 | Appeal 28 USC § 158 | All appeals of previous bankruptcy decisions filed under 28 U.S.C. § 158 |
| 423 | Withdrawal of Reference 28 USC § 157 | Action held in bankruptcy court requesting withdrawal under the provisions of 28 U.S.C. § 157 |

### Property Rights

| Code | Title | Description |
|---|---|---|
| 820 | Copyright | Action filed in support or to dispute a copyright claim. |
| 830 | Patent | Action filed in support or to dispute a patent claim. |
| 835 | Patent – Abbreviated New Drug Application (ANDA) | Action filed in support or to dispute a patent claim involving an Abbreviated New Drug Application (ANDA). These cases are also known as "Hatch-Waxman" cases. |
| 840 | Trademark | Action filed in support or to dispute a trademark claim |
| 880 | Defend Trade Secrets Act of 2016 (DTSA) | Action filed in support or to dispute a trade secret misappropriation |

### Social Security

| Code | Title | Description |
|---|---|---|
| 861 | HIA (1395ff) | Action filed with regard to social security benefits associated with Health Insurance Part A Medicare |
| 862 | Black Lung (923) | Action filed with regard to social security benefits provided for those who contracted Black Lung or their beneficiaries |
| 863 | DIWC/DIWW (405(g)) | Action filed with regard to social security benefits provided to disabled individuals: worker or child, or widow |
| 864 | SSID Title XVI | Action filed with regard to social security benefits provided to Supplemental Security Income Disability under Title XVI |
| 865 | RSI (405(g)) | Action filed with regard to social security benefits provided for Retirement, Survivor Insurance under 42 U.S.C. § 405 |

### Federal Tax Suits

| Code | Title | Description |
|---|---|---|
| 870 | Taxes (U.S. Plaintiff or Defendant) | Action filed under the Internal Revenue Code (General) |
| 871 | IRS-Third Party 26 USC 7609 | Action filed under the Internal Revenue Code - Tax Reform Act of 1976 (P.L. 94-455) Third Party |

**Civil Nature of Suit Code Descriptions**
**(Rev. 10/20)**

**Other Statutes**

| Code | Title | Description |
|---|---|---|
| 375 | False Claims Act | Action filed by private individuals alleging fraud against the U.S. Government under 31 U.S.C. § 3729. |
| 376 | Qui Tam (31 U.S.C. § 3729(a)) | Action brought under the False Claims Act by private persons (also known as "whistleblowers") on their own behalf and on behalf of the United States to recover damages against another person or entity that acted fraudulently in receiving payments or property from, or avoiding debts owed to, the United States Government, 31 U.S.C. § 3730 |
| 400 | State Reapportionment | Action filed under the Reapportionment Act of 1929 Ch. 28, 46 Stat. 21, 2 U.S.C. § 2a. |
| 410 | Antitrust | Action brought under the Clayton Act 15 U.S.C. § 12 - 27 alleging undue restriction of trade and commerce by designated methods that limit free competition in the market place amongst consumers such as anti-competitive price discrimination, corporate mergers, interlocking directorates or tying and exclusive dealing contracts. |
| 430 | Banks and Banking | Action filed under the Federal Home Loan Bank Act 12:1421-1449, Home Owners Loan Act 12:1461 or Federal Reserve Acts 12:142 et seq. |
| 450 | Commerce | Action filed under the Interstate Commerce Acts 49:1 et seq., 49:301 |
| 460 | Deportation | Action filed under the Immigration Acts (Habeas Corpus & Review) 8:1101/18:1546 |
| 470 | Racketeer Influenced and Corrupt Organizations | Racketeer Influenced and Corrupt Organization Act, RICO 18:1961-1968 |
| 480 | Consumer Credit | Action filed under the Fair Credit Reporting Act, 15 U.S.C. 1681n or 15 U.S.C. 1681o, and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k |
| 485 | Telephone Consumer Protection Act (TCPA) | Action filed under the Telephone Consumer Protection Act 47 U.S.C. § 227 |
| 490 | Cable/Satellite TV | Action filed involving unauthorized reception of cable/satellite TV service under 47 U.S.C. § 553 (unauthorized reception of cable/satellite TV), or 47 U.S.C. § 605 (e)(3) (unauthorized use or publication of a communication) |
| 850 | Securities/Commodities/Exchange | Action filed under Small Business Investment Act 15:681, Securities Exchange Act 15:78, Securities Act 15:77, Investment Advisers Act 15:80B(1-21) |
| 890 | Other Statutory Actions | Action primarily based on Statutes that cannot be classified under any other nature of suit, such as: Foreign Agents Registration Act 22:611-621, Klamath Termination Act 25:564-564W-L, Federal Aid Highway Act 23:101-142, Federal Corrupt Practices Act 2:241-256, Federal Election Campaign Act, Highway Safety Act 23:401 Immigration & Nationality Act 8:1503, Natural Gas Pipeline Safety Act 49:1671-1700, Naturalization Acts 8:1421/18:911, 1015, 1421, et seq., 3282 or Federal Aviation Act 49:1301 et seq. |
| 891 | Agricultural Acts | Action filed under the Federal Crop Insurance Act 7:1501-1550, Commodity Credit Corporation Act 15:713A-L & 4. |
| 893 | Environmental Matters | Action filed under Air Pollution Control Act 42:1857-57L, Clean Air Act 42:1857:57L, Federal Environment Pesticide Control Act, Federal Insecticide, Fungicide & Rodenticide Act 7:135, Federal Water Pollution Control Act 33:1151 et seq., Land & Water Conservation Fund Act 16:4602,460 1-4, Motor Vehicle Air Pollution Control Act 42:1857F-1-8, |

**Civil Nature of Suit Code Descriptions**
**(Rev. 10/20)**

|  |  | National Environmental Policy Act 42:4321, 4331-35G, 4341-47, River & Harbor Act penalty 3:401-437, 1251. |
|---|---|---|

**Other Statutes (Continued)**

| Code | Title | Description |
|---|---|---|
| 895 | Freedom of Information Act | Action filed under the Freedom of Information Act 5:552. |
| 896 | Arbitration | Action involving actions to confirm or modify arbitration awards filed under Title 9 of the U.S. Code. |
| 899 | Administrative Procedure Act/Review or Appeal of Agency Decision | Action filed under the Administrative Procedures Act, 5 U.S.C. § 701, or civil actions to review or appeal a federal agency decision. |
| 950 | Constitutionality of State Statutes | Action drawing into question the constitutionality of a federal or state statute filed under (Rule 5.1). Rule 5.1 implements 28 U.S.C. §2403. |

Note: The statutes listed above are not all-inclusive, and other statues might be applicable to each nature of suit.
    Statutes that are included in the descriptions should be viewed as examples.